# United States Bankruptcy Court
## Southern District of Ohio

In re: **David R. Linger, Sumer D. Linger**, Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **February 10, 2025**

**/s/ David R. Linger**
**David R. Linger**
Signature of Debtor

Date: **February 10, 2025**

**/s/ Sumer D. Linger**
**Sumer D. Linger**
Signature of Debtor